IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TIFFANY DONALDSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:10-cv-522 |
| | ) | Phillips/Guyton |
| JEFFERSON OPERATOR, LLC D/B/A JEFFERSON CITY HEALTH AND REHABILITATION, | ) ) ) ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF NATASHA W. CAMPBELL AS COUNSEL

Pursuant to Local Rule 83.4 (f), the undersigned hereby moves that Natasha W. Campbell be permitted to withdraw as counsel for Jefferson Operator, LLC d/b/a Jefferson City Health and Rehabilitation. For good cause, Ms. Campbell is no longer with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C., as she has moved out of the state. Charles K. Grant and Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., shall however, continue to represent Jefferson Operator, LLC d/b/a Jefferson City Health and Rehabilitation.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
A Professional Corporation

s/ Charles K. Grant
Charles K. Grant, BPR No. 017081
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5767
Facsimile: (615) 744-5767

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of June 2012, this **Motion for Withdrawal of Natasha W. Campbell as Counsel** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by Regular U.S. Mail. Parties may access this filing through the Court's electronic filing system:

Link A. Gibbons, Esq.
LAW OFFICE OF LINK A. GIBBONS
P.O. Box 2248
Morristown, TN 37816


Attorney for Plaintiff

s/ Charles K. Grant
Charles K. Grant