IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TIFFANY DONALDSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cv-522 |
| | ) | |
| JEFFERSON OPERATOR, LLC D/B/A | ) | |
| JEFFERSON CITY HEALTH AND | ) | |
| REHABILITATION, | ) | PHILLIPS/GUYTON |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR MEDIATION**

Plaintiff and Defendant jointly move this Court for an extension of the deadline for the parties to mediate from February 12, 2014, to March 5, 2014. As grounds for this motion, the Plaintiff recently moved to another state earlier than anticipated and could not schedule a return trip for mediation until the end of February or beginning of March. The parties have currently scheduled the mediation with Mr. William Young for March 5, 2014. Therefore, the parties request the additional time to conduct mediation.

Respectfully submitted,

s/ Link A. Gibbons_____
LINK A. GIBBONS (#022799)
LAW OFFICE OF LINK A. GIBBONS
P.O. Box 2248
Morristown, TN 37816
(423) 839-0990

*Attorney for Plaintiff*

s/ Charles K. Grant _____
CHARLES K. GRANT (#17081)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5662

*Attorneys for Defendant*